IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02618-LTB

PETER CHAVEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on May 21, 2014, incorporated herein by reference, it is

ORDERED that the Commissioner's decision is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Peter Chavez.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this  21st  day of May, 2014.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Emily Seamon
                Emily Seamon, Deputy Clerk